MELVIN J. Mc BRIDE, APPELLANT, v. CITY OF ATLANTIC CITY, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued November 12, 1975—Decided November 21, 1975.

Before Judges HALPERN, CRANE and MICHELS.

*Mr. Paul R. Damato* argued the cause for appellant (*Mr. Stephen Hankin,* attorney).

*Mr. Murray Fredericks* argued the cause for respondent.

PER CURIAM. The judgment below is affirmed essentially for the reasons expressed by Judge Horn in his comprehensive written opinion dated November 19, 1974, 146 *N. J. Super.* 498.

Affirmed.